

FILE COPY

RE: Case No. 14-1039                    DATE: 3/13/2015
     COA #: 12-13-00038-CV     TC#: 08-CV-30,215
STYLE: JOAQUIN INDEPENDENT SCHOOL DISTRICT
     v. SHELBY COUNTY APPRAISAL DISTRICT, ET AL.
     Petitioner's motion for rehearing was this day
filed in the above styled and numbered case.


                    MS. CATHY S. LUSK
                    CLERK, TWELFTH COURT OF APPEALS
                    1517 WEST FRONT, SUITE 354
                    TYLER, TX   75702